

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 10, 2026

**Via ECF**
The Honorable Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      **Re:**    *Saleh et al., v. United States of America et al.*, **26-cv-1401 (RA)**

Dear Judge Abrams:

      This Office represents the United States and the United States Department of Agriculture, Food and Nutrition Service (collectively, the "Government") in connection with Plaintiffs Badr Mohamed Saleh and Freeman Deli Grocery Corp.'s ("Plaintiffs") complaint seeking judicial review pursuant to 7 U.S.C. § 2023.  The parties write jointly to respectfully request a 30-day adjournment of the initial pretrial conference in this matter from April 17, 2026 to May 18, 2026, or a date thereafter that is convenient for the Court.  The parties request this extension to provide them additional time to complete settlement discussions that we hope will resolve this matter without further litigation.  This is the parties' first request for an adjournment of this conference.

      We thank the Court for its consideration of this request.

Application granted. The initial pre-trial
conference is adjourned until May 22,
2026 at 2:30 p.m.

SO ORDERED.

_____
Hon. Ronnie Abrams
April 13, 2026

Respectfully,

JAY CLAYTON
United States Attorney

By:      ___/s/ *Kamika S. Shaw*_____
      Kamika S. Shaw
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, New York 10007
      Tel.: (212) 637-2768
      Email: Kamika.Shaw@usdoj.gov

cc: Plaintiff's counsel (via ECF)